UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GILMARI PADILLA   )<br>) | CRIMINAL NO. 04-1751 CBS |

### AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Seth Plumb, Special Agent of the Bureau of Immigration and Customs Enforcement, Criminal Investigation Division, do hereby make oath before the Honorable Charles B. Swartwood, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties there was issued an indictment and accompanying warrant of arrest for one Gilmari Padilla in the United States District Court for the Southern District of Florida, for violation of 18 U.S.C. § 1546(a)(false statement in immigration document). I do hereby make oath that on this date I executed said warrant by arresting Gilmari Padilla the District of Massachusetts and that the above-referenced indictment remains outstanding in Southern District of Florida.

_____
SETH PLUMB
Special Agent, ICE

Subscribed and sworn to before me this 3rd day of June, 2004.

_____
CHARLES B. SWARTWOOD
United States Magistrate Judge