UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-MJ-01751-CBS |
| ) | |
| v. ) | |
| ) | |
| GILMARI PADILLA ) | |
| ) | |

## MOTION TO CONTINUE HEARING
### (ASSENTED TO)

Now comes GILMARI PADILLA, defendant herein, and requests this Court continue the hearing currently set for Wednesday, June 23, 2004 at 2:00 p.m. to Thursday, July 29, 2004 at 2:00 p.m. or such other time convenient to the Court at Worcester, Massachusetts.

As grounds for this request the defendant says:

1. She waives her right to a prompt identity hearing and her right to a prompt resolution of the case against her under the provisions of 18 U.S.C. §§ 3161 et seq.

2. She has through counsel engaged in discussions regarding the possibility of resolving the case under Fed. R. Crim. P. 20 and such discussions are both ongoing and productive.

3. The government by Thomas Kanwit, Esq., AUSA, does not oppose this request.

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

_[signature]_

Respectfully submitted,
GILMARI PADILLA,
By her attorney,

_[signature]_

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 6-22-04