# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

August 12, 2004

David A. Picozzi
United States Pretrial Services Officers
John Joseph Moakley Courthouse, Suite 1-300
One Courthouse Way
Boston, MA 01120

Re:   **United States v. Gilmari Padilla**
      **Crim. No. 04-MJ-01751-CBS**

Dear Mr. Picozzi:

Confirming our telephone conversation of yesterday, I spoke with Deputy Clerk Roland regarding this matter.

She agreed with your assessment of matters that as Ms. Padilla is released on personal recognizance her only obligation is to attend court proceedings as required and that she may travel outside of the district without leave of court.

In this vien, as a courtesy, I enclose a copy of Ms. Padilla's itinerary for the period August 19, 2004 – September 6, 2004.

Thank you.

Very truly yours,

George F. Gormley

GFG/an
Enclosures

cc:   Thomas Kanwit, Esq. AUSA
      Lisa Roland, Deputy Clerk
      Gilmari Padilla

# GILMARI PADILLA

309 MOODY STREET
APT # E
LOWELL, MA 01854
(978)454-0122
GILMARI6@MSN.COM

July 27, 2004

George F. Gormley, Attorney
655 Summer Street
Boston, MA 02210

Re:   **Permission to travel**

Dear Mr. Gormley,

    I am writing this letter to obtain permission to travel to the District of Florida. I will be traveling with my daughter Angelee Santos on August 19, 2004 thru September 6, 2004. I will be visiting with my grandmother Celia Medina at 15330 NW 30 Court, Opa-Locka, FL 33054. The telephone number there is (305)681-2238. From August 30 thru September 1 I will be taking my daughter to Disney World. There I will be visting with a friend of mine Johany Maysonet at 6606 Yucatan Drive, Orlando, FL 32807. The telephone number there is (407)384-0167.

    If any questions or problems you may contact me at the above address or telephone number.

Very truly yours,

*[signature]*

Gilmari Padilla