UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-MJ-01751-CBS |
| | ) | |
| v. | ) | |
| | ) | |
| GILMARI PADILLA | ) | |
| | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes GILMARI PADILLA, defendant herein, and requests this Court continue the status conference currently set for Friday, October 29, 2004 at 3:30 p.m. to Wednesday, November 24, 2004 at 10:15 a.m. at Worcester, Massachusetts or such other time or place convenient to the Court.

Respectfully submitted,
GILMARI PADILLA,
By her attorney,

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/(hand) on the date stated herein

_Annmarie Nee_

George F. Gormley /AN/
George F. Gormley
George F. Gormley, P.C.
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 10-27-04