# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-MJ-01751-CBS |
| | ) | |
| v. | ) | |
| | ) | |
| GILMARI PADILLA | ) | |
| | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes GILMARI PADILLA, defendant herein, and requests this Court continue the status conference currently set for Friday, December 17, 2004 at 11:00 a.m. to Friday, January 14, 2005  at 10:00 a.m. in Boston, Massachusetts or such other time or place convenient to the Court. The Government assents to this request.

Respectfully submitted,
**GILMARI PADILLA,**
By her attorney,


/s George F. Gormley
_____
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140


**Dated:**          December 16, 2004