~~Sealed~~   Unsealed 2/6/05

In the United States District Court
for the Southern District of Florida

UNITED STATES OF AMERICA

v.   : CRIMINAL NO. 04-20359-CR-MARTINEZ

GILMARI PADILLA

**Consent to Transfer of Case for Plea and Sentence**

I, Gilmari Padilla, defendant, having been informed that an indictment is pending against me in the above-styled case, I wish to plead guilty to the offenses as charged. I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer of this case to the District of Massachusetts, where I was arrested and where I am currently detained. I additionally agree to the ultimate disposition of this case in the District of Massachusetts and waive all further proceedings, including trial, in the Southern District of Florida.

Dated: July 27, 2004

_____
Gilmari Padilla, Defendant

_____
(Witness)

_____
George F. Gormley, Esquire
Counsel for Defendant

Approved:

for:
_____
MICHAEL J. SULLIVAN
United States Attorney for the
District of Massachusetts (or designee)

_____
MARCOS DANIEL JIMENEZ
United States Attorney for the
Southern District of Florida (or designee)

Acting U.S. Attorney