UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )   CRIMINAL ACTION
                                   )   NO. 05-10047-GAO
GILMARI PADILLA,                   )
        Defendant,                 )
_____)

FINAL STATUS REPORT
March 10, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to O'Toole, J. to whom this case is assigned:

1. Rule 20 Transfer

This case involves a Rule 20 Transfer of a case from the Southern District of Florida (CR NO. 04-20359-CR-MARTINEZ). Ms Padilla has signed a consent to transfer this case to the District of Massachusetts and the United States Attorney for this District and the Southern District of Florida have agreed to the transfer. Therefore, I am returning this case to Judge O'Toole for a Rule 11 hearing.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE