In the United States District Court
for the District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 05-10047-GAO |
| v. | ) |
| | ) |
| GILMARI PADILLA | ) |

**<u>Assented-to Motion to Continue Sentencing</u>**

The United States hereby moves, with the consent of defendant, to reschedule the sentencing currently set for July 14, 2005 to any date on or after July 25, 2005.[1] As grounds herefor, the government states that the undersigned Assistant U.S. Attorney is scheduled to be on vacation on July 14, 2005 and on a transcontinental flight. Owing to a number of circumstances it was not possible to schedule this trip at a later date. Chief among these circumstances it that traveling one or more days later would cause counsel to be unable to accompany his sisters and their children on a planned camping trip that will begin July 15, 2005, a date as to which counsel had no control or input as it was set in advance of the date when defendant's sentencing was scheduled.

The Court's consideration is greatly appreciated and any inconvenience to the Court is regretted.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN,
                    United States Attorney

                     /s/thomas e. kanwit
                    THOMAS E. KANWIT
                    Assistant U.S. Attorney

---

[1] Defense counsel would prefer that the sentencing take place on July 28 or 29, 2005.

Assented to:

GILMARI PADILLA, Defendant

 /s/ george f. gormley
GEORGE F. GORMLEY, Esquire
Counsel for Defendant